| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LI MEI LIU, | ) | Case No. 06-7531 CRB |
| Plaintiff, | ) | |
| v. | ) | |
| ALBERTO R. GONZALES, U.S. Attorney General;<br>MICHAEL CHERTOFF, Secretary of the U.S.<br>Department of Homeland Security; EMILIO T.<br>GONZALEZ, Director of U.S. Citizenship and<br>Immigration Services; DAVID STILL, San<br>Francisco District Director of USCIS; ROBERT S.<br>MUELLER, Director of the U.S. Federal Bureau of<br>Investigation, | ) | **STIPULATION TO DISMISS WITHOUT PREJUDICE; AND [PROPOSED] ORDER** |
| Defendants. | ) | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C06-7531 CRB                                    1

1 | Date: January 25, 2007
2 | 
3 | 
4 | 
5 | 
6 | 
7 | 
8 | 
9 | Date: January 25, 2007
10 |
11 |
12 |
13 |
14 |
15 |
16 | Date:   January 31, 2007
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_/s/_

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

_/s/ per fax signature_

VIRGINIA K. SUNG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

_____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

Stip. to Dismiss
C06-7531 CRB                                    2